IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT ETHERIDGE                                                                PLAINTIFF

V.                                                         CIVIL ACTION NO.: 3:08CV004-SA-DS

LIBERTY MUTUAL INSURANCE COMPANY and
AHART WILSON, JR.                                                              DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1) the Plaintiff's Motion to Remand [5,6] is **GRANTED**; and

(2) Defendant Liberty Mutual's Motion to Sever [12] is **DENIED**.

(3) This cause of action is **REMANDED** to the Circuit Court of Marshall County, Mississippi, from whence it came;

(4) therefore, this case is **CLOSED**.

**SO ORDERED** this the 26th day of August 2008.

                                                           **/s/ Sharion Aycock**
                                                           **UNITED STATES DISTRICT JUDGE**